# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-1946
_____

JOHNATHAN MICHAEL
HOLLOWAY,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Jennie Kinsey, Judge.

November 7, 2025

PER CURIAM.

    AFFIRMED.

KELSEY, TANENBAUM, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Jessica J. Yeary, Public Defender, and Tyler Kemper Payne, Assistant Public Defender, Tallahassee, for Appellant.

James Uthmeier, Attorney General, and Ryan Edward Roy, Assistant Attorney General, Tallahassee, for Appellee.